No. 01–3038.

United States Court of Appeals,
Federal Circuit.

March 11, 2002.

ROBINSON LABORATORIES,
INC., Plaintiff–Appellant,

v.

ALS ENTERPRISES, INC.,
Defendant–Appellee.

No. 02–1209.

United States Court of Appeals,
Federal Circuit.

March 5, 2002.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DIS-MISSED under Fed. R.App. P. 42(b).